UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>TEO B. JEWELRY CO., INC., *et al.*,<br><br>Defendants. | 26 Civ. 4741 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On June 11, 2026, Plaintiff served Defendant Teo B. Jewelry Co., Inc. (the "Corporate Defendant") with copies of the Summons and Complaint, Dkt. 6, and on June 23, 2026, Plaintiff served Defendant Teodoro Barzallo (the "Individual Defendant") with copies of the Summons and Complaint, Dkt. 10. The Corporate Defendant's deadline to respond to the Complaint was therefore July 2, 2026, and the Individual Defendant's deadline was July 14, 2026, *see* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadlines to respond to the Complaint until July 24, 2026. If Defendants once again fail to respond to the Complaint by their deadline, Plaintiff shall file a letter no later than July 31, 2026, advising whether he seeks default judgment under Federal Rule of Civil Procedure 55(b)(1) or 55(b)(2). *See* Local Civil Rule 55.2.[1]

By July 20, 2026, Plaintiff shall mail a copy of this Order by First Class Mail to the address at which Defendants were served with the Summons and Complaint, and file proof of service on

[1] The Court notes that Plaintiff has already obtained Certificates of Default from the Clerk of Court, *see* Dkts. 15-16.

the docket within two days of such service.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge